■ CHRISTINA L. HERDENDORF, Respondent, v GEICO INSURANCE COMPANY, Appellant. CHRISTINA L. HERDENDORF, Respondent, v JESSE JANSKY et al., Appellants. (Appeal No. 1.) [921 NYS2d 612]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered March 18, 2010. The order granted the motion of plaintiff for leave to serve an amended complaint.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on March 9, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.

■ CHRISTINA L. HERDENDORF, Respondent, v GEICO INSURANCE COMPANY, Appellant. CHRISTINA L. HERDENDORF, Respondent, v JESSE JANSKY et al., Appellants. (Appeal No. 2.) [921 NYS2d 613]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered June 4, 2010. The order denied the motion of defendants to dismiss plaintiff's amended complaint.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on March 9, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.